Heneghan v CJW Elec., LLC (2024 NY Slip Op 04690)

Heneghan v CJW Elec., LLC

2024 NY Slip Op 04690

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ.

630 CA 23-01843

[*1]TRACY A. HENEGHAN AND BARRY O. HENEGHAN, PLAINTIFFS-RESPONDENTS,
v
CJW ELECTRIC, LLC, RAYMOND KOLLIDAS, ROSANNA KOLLIDAS, ET AL., DEFENDANTS-RESPONDENTS, AND KODIAK BUILDERS, INC., DEFENDANT-APPELLANT.
KODIAK BUILDERS, INC., THIRD-PARTY PLAINTIFF,
v
RAYMOND KOLLIDAS AND ROSANNA KOLLIDAS, THIRD-PARTY DEFENDANTS. 

CHELUS, HERDZIK, SPEYER & MONTE, P.C., BUFFALO (NADIA R. BEKKER OF COUNSEL), FOR DEFENDANT-APPELLANT.
DUKE, HOLZMAN, PHOTIADIS & GRESENS LLP, BUFFALO (DERICK R. WHITE OF COUNSEL), FOR DEFENDANTS-RESPONDENTS RAYMOND KOLLIDAS AND ROSANNA KOLLIDAS.

 Appeal from an order of the Supreme Court, Erie County (Catherine R. Nugent Panepinto, J.), entered October 27, 2023. The order denied the motion of defendant-third-party plaintiff Kodiak Builders, Inc. for summary judgment dismissing the second amended complaint against it. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: September 27, 2024
Ann Dillon Flynn
Clerk of the Court